BRADLEY J. WALLER
KLEIN, STODDARD, BUCK, WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

The Honorable: BRUCE W. BLACK
Chapter 7
Location: Will County Court Annex, 57 N Ottawa, Joliet, IL
Hearing Date: 11/13/2009
Hearing Time: 09:15am
Response Date: / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: GORDON, KAREN E
LAUSCH, KAREN E

Debtors

Case No. 07-06031

Chapter 7

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/13/2009 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 10/02/2009        By: /s/BRADLEY J. WALLER
                                    Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**UST Form 101-7-NFR (9/1/2009)**

BRADLEY J. WALLER
KLEIN, STODDARD, BUCK, WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

The Honorable: BRUCE W. BLACK
Chapter 7
Location: Will County Court Annex, 57 N Ottawa, Joliet, IL
Hearing Date: 11/13/2009
Hearing Time: 09:15am
Response Date: / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: GORDON, KAREN E
LAUSCH, KAREN E

Case No. 07-06031

Chapter 7

Debtors

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $ 70,006.95

*and approved disbursements of*               $ 51,770.50

*leaving a balance on hand of* [1]            $ 18,236.45

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 6,000.35 | $ 95.50 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
| --- | --- | --- |
| Attorney for debtor _____ | $_____ | $_____ |
| Attorney for _____ | $_____ | $_____ |
| Accountant for _____ | $_____ | $_____ |
| Appraiser for _____ | $_____ | $_____ |
| Other _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
| --- | --- | --- | --- |
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,470.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 1 | Sterling Jewelers Inc dba Kay Jewelers | $ 59.94 | $ 29.74 |
| 2 | CHASE BANK USA, N.A. | $ 130.47 | $ 64.73 |
| 3 | eCAST Settlement Corporation assignee of HSBC | $ 6,940.54 | $ 3,443.49 |
| 4 | LVNV Funding LLC its successors and assigns as Citibank | $ 4,453.24 | $ 2,209.44 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | $ 11,519.55 | $ 5,715.32 |
| | AMERICAN INFOSOURCE | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 6 | LP AS AGENT FOR FIA Card | $ 1,366.30 | $ 677.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: mrahmoun          Page 1 of 1           Date Rcvd: May 29, 2007
Case: 07-06031                  Form ID: ntcftfc7       Total Served: 14
```

```
The following entities were served by first class mail on May 31, 2007.
db          +Karen E Gordon,    1540 E. Livingston Rd.,    Dwight, IL 60420-9646
aty         +Stephen J West,    Law Offices Of Stephen J West,    628 Columbus Dr Rm 102,
              Ottawa, IL 61350-2933
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
11281479     Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
11281481    +Countrywide,    PO Box 650070,    Dallas, TX 75265-0070
11281482    +Harris Bank Barrington,    PO Box 6201,    Carol Stream, IL 60197-6201
11281483     Kay Jewelers,    PO Box 740425,    Cincinnati, OH 45274-0425
11281486     Rush University Medical Center,    Patient Finance Services,    21238 Network Place,
              Chicago, IL 60673-1212
11281485     Rush University Medical Center,    c/o Computer Credit, Inc.,    PO Box 5238,
              Winston Salem, NC 27113-5238
11281487     Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
11281488     Select Portfolio Servicing,    PO Box 62520,    Salt Lake City, UT 84165-0250
11281489     Union Plus Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
11281490     Washington Mutual Card Services,    PO Box 660487,    Dallas, TX 75266-0487

The following entities were served by electronic transmission on May 30, 2007.
11281479     EDI: BANKAMER2.COM May 29 2007 22:50:00      Bank of America,    PO Box 15726,
              Wilmington, DE 19886-5726
11281484     EDI: CBSKOHLS.COM May 29 2007 22:51:00      Kohl's Payment Center,    PO Box 2983,
              Milwaukee, WI 53201-2983
11281487     EDI: SEARS.COM May 29 2007 22:50:00      Sears Credit Cards,    PO Box 183082,
              Columbus, OH 43218-3082
11281489     EDI: HFC.COM May 29 2007 22:50:00      Union Plus Credit Card,    PO Box 17051,
              Baltimore, MD 21297-1051
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11281480*    Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 31, 2007                    Signature: *Joseph Speetjens*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 1                  Date Rcvd: Oct 02, 2009
Case: 07-06031                Form ID: pdf006             Total Noticed: 23

The following entities were noticed by first class mail on Oct 04, 2009.
db           +Karen E Gordon,   1540 E. Livingston Rd.,   Dwight, IL 60420-9646
aty          +Stephen J West,   Law Offices Of Stephen J West,   628 Columbus Dr Rm 102,
               Ottawa, IL 61350-2933
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
13072868     +AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA Card Services, NA/Bank of America,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11281479      Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
11462335     +CHASE BANK USA, N.A.,    c/o CREDITORS BANKRUPTCY SERVICE,   P O BOX 740933,
               DALLAS,TX 75374-0933
11281481     +Countrywide,   PO Box 650070,   Dallas, TX 75265-0070
11281482     +Harris Bank Barrington,    PO Box 6201,   Carol Stream, IL 60197-6201
11281483      Kay Jewelers,   PO Box 740425,   Cincinnati, OH 45274-0425
11473878     +Provena St Mary's Hospital,    c/o Pelletieri & Associates,   991 Oak Creek Drive,
               Lombard, IL 60148-6408
11281486      Rush University Medical Center,    Patient Finance Services,   21238 Network Place,
               Chicago, IL 60673-1212
11281485      Rush University Medical Center,    c/o Computer Credit, Inc.,   PO Box 5238,
               Winston Salem, NC 27113-5238
11281487      Sears Credit Cards,   PO Box 183082,    Columbus, OH 43218-3082
11281488      Select Portfolio Servicing,    PO Box 62520,   Salt Lake City, UT 84165-0250
11473880     +Silver Cross Hospital,    c/o OSI Collection Services Inc,   PO Box 959,
               Brookfield, WI 53008-0959
11473879     +Silver Cross Hospital,    1200 Maple Rd,   Joliet, IL 60432-1497
11435345     +Sterling Jewelers Inc dba Kay Jewelers,    PO Box 1799,   Akron, OH 44309-1799
11281489      Union Plus Credit Card,    PO Box 17051,   Baltimore, MD 21297-1051
11281490      Washington Mutual Card Services,    PO Box 660487,   Dallas, TX 75266-0487
11519808      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Oct 02, 2009.
11473876     +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                          Commonwealth Edison,
               2100 Swift Drive,   Oak Brook, IL 60523-1559
11281484      E-mail/PDF: cr-bankruptcy@kohls.com Oct 02 2009 23:34:29     Kohl's Payment Center,   PO Box 2983,
               Milwaukee, WI 53201-2983
11557725      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank USA,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           James D Spiros
aty           Spiros & Wall PC
11281480*     Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2009**          **Signature:** *Joseph Speetjens*