**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: GORDON, KAREN E         Case No. 07-06031
LAUSCH, KAREN E

Chapter 7

Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $80,160.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $24,140.60 | Claims Discharged Without Payment: $12,329.44 |
| Total Expenses of Administration: $30,866.35 | |

3) Total gross receipts of $ 70,006.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $55,006.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,866.35 | 30,866.35 | 30,866.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 24,470.04 | 24,470.04 | 12,140.60 |
| **TOTAL DISBURSEMENTS** | $0.00 | $67,336.39 | $67,336.39 | $55,006.95 |

    4) This case was originally filed under Chapter 7 on April 04, 2007. The case was pending for 48 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2011    By: /s/BRADLEY J. WALLER
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI CASE | 1142-000 | 70,000.00 |
| Interest Income | 1270-000 | 6.95 |
| **TOTAL GROSS RECEIPTS** | | **$70,006.95** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Karen E. Gordon | Personal Injury Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas | 4220-000 | N/A | 12,000.00 | 12,000.00 | 12,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$12,000.00** | **$12,000.00** | **$12,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 6,000.35 | 6,000.35 | 6,000.35 |
| BRADLEY J. WALLER | 2200-000 | N/A | 95.50 | 95.50 | 95.50 |
| Spiros & Wall, P.C. | 3210-000 | N/A | 23,333.00 | 23,333.00 | 23,333.00 |
| Spiros & Wall, P.C. | 3220-000 | N/A | 1,437.50 | 1,437.50 | 1,437.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 30,866.35 | 30,866.35 | 30,866.35 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sterling Jewelers Inc dba Kay Jewelers | 7100-000 | N/A | 59.94 | 59.94 | 29.74 |
| 2 | CHASE BANK USA, N.A. | 7100-000 | N/A | 130.47 | 130.47 | 64.73 |
| 3 | eCAST Settlement Corporation assignee of HSBC | 7100-000 | N/A | 6,940.54 | 6,940.54 | 3,443.49 |
| 4 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 4,453.24 | 4,453.24 | 2,209.44 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | 7100-000 | N/A | 11,519.55 | 11,519.55 | 5,715.32 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | 7100-000 | N/A | 1,366.30 | 1,366.30 | 677.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 24,470.04 | 24,470.04 | 12,140.60 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-06031  **Trustee:** (330500) BRADLEY J. WALLER
**Case Name:** GORDON, KAREN E  **Filed (f) or Converted (c):** 04/04/07 (f)
 **§341(a) Meeting Date:** 05/17/07
**Period Ending:** 04/05/11  **Claims Bar Date:** 08/29/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | RESIDENCE | 77,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCOUNTS | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | WHOLE LIFE INSURANCE POLICY | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | 401-K NICOR | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | 1999 GMC JIMMY | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | PI CASE | Unknown | Unknown | | 70,000.00 | Unknown |
| Int | INTEREST (u) | Unknown | N/A | | 6.95 | FA |
| 10 | Assets Totals (Excluding unknown values) | **$80,160.00** | **$0.00** | | **$70,006.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2008     **Current Projected Date Of Final Report (TFR):** October 2, 2009 (Actual)

Printed: 04/05/2011 10:22 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-06031 | | Trustee: | BRADLEY J. WALLER (330500) |
| Case Name: | GORDON, KAREN E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****99-65 - Money Market Account |
| Taxpayer ID #: | **-***4480 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/05/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/09 | {9} | State Farm Fire and Casualty Company | Personal Injury Settlement | 1142-000 | 70,000.00 | | 70,000.00 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 70,000.09 |
| 02/17/09 | | To Account #********9966 | | 9999-000 | | 51,770.50 | 18,229.59 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 18,231.48 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,232.27 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 18,233.01 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 18,233.72 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,234.51 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 18,235.27 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 18,236.03 |
| 09/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.42 | | 18,236.45 |
| 09/18/09 | | To Account #********9966 | | 9999-000 | | 18,236.45 | 0.00 |
| | | | ACCOUNT TOTALS | | 70,006.95 | 70,006.95 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 70,006.95 | |
| | | | **Subtotal** | | **70,006.95** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,006.95** | **$0.00** | |

{} Asset reference(s)  
Printed: 04/05/2011 10:22 AM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-06031 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | GORDON, KAREN E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****99-66 - Checking Account |
| Taxpayer ID #: | **-***4480 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/05/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/09 | | From Account #********9965 | | 9999-000 | 51,770.50 | | 51,770.50 |
| 02/17/09 | 101 | Spiros & Wall, P.C. | Attorney's Fees - Personal Injury Case | 3210-000 | | 23,333.00 | 28,437.50 |
| 02/17/09 | 102 | Spiros & Wall, P.C. | Attorney Expenses - Personal Injury Case | 3220-000 | | 1,437.50 | 27,000.00 |
| 02/17/09 | 103 | Nicor Gas | Worker's Compensation Lien | 4220-000 | | 12,000.00 | 15,000.00 |
| 02/17/09 | 104 | Karen E. Gordon | Personal Injury Exemption | 8100-002 | | 15,000.00 | 0.00 |
| 09/18/09 | | From Account #********9965 | | 9999-000 | 18,236.45 | | 18,236.45 |
| 11/13/09 | 105 | BRADLEY J. WALLER | Dividend paid 100.00% on $95.50, Trustee Expenses; Reference: | 2200-000 | | 95.50 | 18,140.95 |
| 11/13/09 | 106 | BRADLEY J. WALLER | Dividend paid 100.00% on $6,000.35, Trustee Compensation; Reference: | 2100-000 | | 6,000.35 | 12,140.60 |
| 11/13/09 | 107 | Sterling Jewelers Inc dba Kay Jewelers | Dividend paid 49.61% on $59.94; Claim# 1; Filed: $59.94; Reference: | 7100-000 | | 29.74 | 12,110.86 |
| 11/13/09 | 108 | CHASE BANK USA, N.A. | Dividend paid 49.61% on $130.47; Claim# 2; Filed: $130.47; Reference: | 7100-000 | | 64.73 | 12,046.13 |
| 11/13/09 | 109 | eCAST Settlement Corporation assignee of HSBC | Dividend paid 49.61% on $6,940.54; Claim# 3; Filed: $6,940.54; Reference: | 7100-000 | | 3,443.49 | 8,602.64 |
| 11/13/09 | 110 | LVNV Funding LLC its successors and assigns as Citibank | Dividend paid 49.61% on $4,453.24; Claim# 4; Filed: $4,453.24; Reference: | 7100-000 | | 2,209.44 | 6,393.20 |
| 11/13/09 | 111 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | Dividend paid 49.61% on $11,519.55; Claim# 5; Filed: $11,519.55; Reference: | 7100-000 | | 5,715.32 | 677.88 |
| 11/13/09 | 112 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | Dividend paid 49.61% on $1,366.30; Claim# 6; Filed: $1,366.30; Reference: | 7100-000 | | 677.88 | 0.00 |
| | | | ACCOUNT TOTALS | | 70,006.95 | 70,006.95 | $0.00 |
| | | | Less: Bank Transfers | | 70,006.95 | 0.00 | |
| | | | Subtotal | | 0.00 | 70,006.95 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $55,006.95 | |

{} Asset reference(s)

Printed: 04/05/2011 10:22 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-06031  
**Case Name:** GORDON, KAREN E

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-66 - Checking Account

**Taxpayer ID #:** **-***4480  
**Period Ending:** 04/05/11

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **MMA # ***-*****99-65** | | 70,006.95 | 0.00 | 0.00 |
| **Checking # ***-*****99-66** | | 0.00 | 55,006.95 | 0.00 |
| **Checking # 9200-******99-66** | | 0.00 | 0.00 | 0.00 |
| | | **$70,006.95** | **$55,006.95** | **$0.00** |

{} Asset reference(s)

Printed: 04/05/2011 10:22 AM    V.12.56